UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

| | |
|---|---|
| 9-11 Wellesley LLC, | Chapter 7 |
| | Case No. 22-22627 (SHL) |
| Debtor. | |

---------------------------------------------------------X

## ORDER DISMISSING CHAPTER 7 CASE

Upon the motion, dated November 15, 2022 (the "Motion") of the chapter 7 trustee of the above-captioned estate (the "Trustee") for an order dismissing this case pursuant to 11 U.S.C. § 707(a); and there being due and sufficient notice of the Motion; and there being no objections to the Motion; and no additional notice being required under the circumstances; and upon the record of the hearing held by the Court on December 15, 2022; and after due deliberation, the Court having determined that the Trustee has established good and sufficient cause for the dismissal of this case, including that this LLC debtor has not retained counsel in this case, has failed to appear at the meeting of creditors as required by 11 U.S.C. § 343, and has not filed required schedules and statements; now, therefore, it is hereby

**ORDERED**, that the Motion is granted and this chapter 7 case is dismissed.

Dated: White Plains, New York
       December   , 2022

                                                                      _____
                                                                       Honorable Sean H. Lane
                                                                       United States Bankruptcy Judge