| | |
|---|---|
| IN RE: 9–11 Wellesley LLC | CASE NO.: 22–22627–shl |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 84–1844861 | CHAPTER: 7 |

## ORDER DISCHARGING TRUSTEE

The petition of the above named debtor has been dismissed and the chapter 7 trustee has submitted the final report.

IT IS ORDERED THAT:

Marianne T. O'Toole is discharged as trustee of the estate of the above named debtor(s) and this chapter 7 case is closed.

Dated: December 23, 2022            Sean H. Lane, Bankruptcy Judge