**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

IN RE: 9−11 Wellesley LLC   CASE NO.: 22−22627−shl

Social Security/Taxpayer ID/Employer ID/Other Nos.: 84−1844861   CHAPTER: 7

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Sean H. Lane in this Chapter 7 case.

9−11 Wellesley LLC was dismissed from the case on December 23, 2022 .

Dated: December 23, 2022   Vito Genna
Clerk of the Court

# CERTIFICATE OF NOTICE

District/off: 0208-7 | User: admin | Page 1 of 2
Date Rcvd: Dec 23, 2022 | Form ID: 131 | Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | 9-11 Wellesley LLC, 339A North High St, Mt Vernon, NY 10550 |
| 7967236 | + | Morgan C. Fiander, Polsinelli PC, 600 Third Avenue, 42nd Floor, New York, New York 10016-1924 |
| 7964933 | + | Toorak Capital LLC, 15 Maple Street, 2nd Floor, West Summit, NJ 07901-5008 |
| 7966645 | + | Toorak Capital Partners, LLC, c/o Morgan C. Fiander, Esq., 600 Third Avenue, 42nd Floor, New York, New York 10016-1924 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BMTOTOOLE | Dec 24 2022 00:04:00 | Marianne T. O'Toole, Marianne T. O'Toole, As Trustee, 2 Depot Plaza, Suite 2 E, Bedford Hills, NY 10507-1849 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 23 2022 18:57:00 | N.Y. State Dept. Of Taxation And Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Dec 23 2022 18:57:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Dec 23 2022 18:57:00 | New York City Department of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 23 2022 18:57:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Dec 23 2022 18:57:00 | Parking Violations Bureau, 210 Joralemon Avenue, Brooklyn, NY 11201-3743 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Dec 23 2022 18:57:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| smg | | Email/Text: DPS-CivilBankruptcy@westchestergov.com | Dec 23 2022 18:57:00 | Westchester County Sheriff's Dept., Room L 217, 110 Dr. Martin Luther King Blvd., White Plains, NY 10601-2519 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Marianne T. O'Toole, Marianne T. O'Toole, As Trustee, 2 Depot Plaza, Suite 2 E, Bedford Hills, NY 10507-1849 |
| smg | *+ | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marianne T. O'Toole | on behalf of Trustee Marianne T. O'Toole trustee@otoolegroup.com N270@ecfcbis.com |
| Marianne T. O'Toole | trustee@otoolegroup.com N270@ecfcbis.com |
| Morgan Fiander | on behalf of Creditor Toorak Capital Partners LLC mfiander@polsinelli.com, tbackus@polsinelli.com;nydocketing@polsinelli.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 4